# N THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

AMRO ELANSARI,

      Petitioner

        v.

COMMONWEALTH OF PENNSYLVANIA, ET AL.,

      Respondents

: No. 101 MM 2015

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 16th day of September, 2015, the Application for Extraordinary Relief is **DENIED**.